| | |
|---|---|
| 1 | PATRICIA K. GILLETTE (STATE BAR NO. 74461) |
| 2 | BROOKE D. ARENA (STATE BAR NO. 238836)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | The Orrick Building<br>405 Howard Street |
| 4 | San Francisco, CA  94105-2669<br>Telephone:    +1-415-773-5700 |
| 5 | Facsimile:    +1-415-773-5759<br>Email:         pgillette@orrick.com |
| 6 | Email:         barena@orrick.com |
| 7 | Attorneys for Defendant<br>WELLS FARGO & COMPANY |
| 8 | (incorrectly identified as "Wells Fargo and Company,<br>Wells Fargo Bank, Wells Fargo and Company as Plan |
| 9 | Administrator") |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERARD CHANG, | Case No. CV-09-0216 JCS |
| Plaintiff, | |
| v. | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| WELLS FARGO AND COMPANY, WELLS FARGO BANK, WELLS FARGO AND COMPANY AS PLAN ADMINISTRATOR, and DOES 1 to 10, | |
| Defendants. | |

The parties hereby stipulate pursuant to Local Rule 6-1(a) that Defendant Wells Fargo & Company (incorrectly identified as "Wells Fargo and Company, Wells Fargo Bank, Wells Fargo and Company as Plan Administrator") shall have an extension of time to March 2, 2009 to answer or otherwise respond to Plaintiff's Complaint.

Dated: February 9, 2009

PATRICIA K. GILLETTE
BROOKE D. ARENA
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Brooke D. Arena
Brooke D. Arena
Attorneys for Defendant
WELLS FARGO & COMPANY

Dated: February 9, 2009

GERARD CHANG

/s/ Gerard Chang
Gerard Chang
Pro Se Plaintiff

OHS West:260607416.1

Dated: February 10, 2009

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA