PATRICIA K. GILLETTE (STATE BAR NO. 74461)
BROOKE D. ARENA (STATE BAR NO. 238836)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759
Email:        pgillette@orrick.com
Email:        barena@orrick.com

Attorneys for Defendant
WELLS FARGO & COMPANY
(incorrectly identified as "Wells Fargo and Company,
Wells Fargo Bank, Wells Fargo and Company as Plan
Administrator")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERARD CHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO AND COMPANY, WELLS FARGO BANK, WELLS FARGO AND COMPANY AS PLAN ADMINISTRATOR, and DOES 1 to 10,<br><br>　　　　Defendants. | Case No. CV-09-0216 JCS<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

The parties hereby stipulate pursuant to Local Rule 6-1(a) that Defendant Wells Fargo & Company (incorrectly identified as "Wells Fargo and Company, Wells Fargo Bank, Wells Fargo and Company as Plan Administrator") shall have an extension of time to March 16, 2009 to answer or otherwise respond to Plaintiff's Complaint.

Dated: March 2, 2009

PATRICIA K. GILLETTE
BROOKE D. ARENA
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Brooke D. Arena
Brooke D. Arena
Attorneys for Defendant
WELLS FARGO & COMPANY

Dated: March 2, 2009

GERARD CHANG

/s/ Gerard Chang
Gerard Chang
Pro Se Plaintiff

OHS West:260618589.1

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV-09-0216-JCS