

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GERARD CHANG

    Plaintiff

v.

WELLS FARGO AND COMPANY et al.

    Defendant.

-------------------------------------------------------/

Case Number: CV09-00216 CRB

**STIPULATION FOR LEAVE TO AMEND COMPLAINT**

In light of the fact that Plaintiff has not been able to retain legal representation for the class-action, and of the fact that the ACLU has declined to legally represent Class Plaintiffs in this action, the parties hereby stipulate to allow Plaintiff, Gerard Chang, to amend his complaint from a class-action complaint to an individual complaint.

Plaintiff requests that the Court grant him leave to amend his complaint for which an answer has not yet been filed by the defendants.

Date: 3-13-09

    Gerard Chang, Pro-se Plaintiff

Date: 3/10/09

    Brooke D. Arena,
    Patricia K. Gillette and
    Brooke D. Arena,
    Orrick, Herrington & Sutcliffe LLP
    Attorneys for Defendant Wells Fargo
    and Company

Dated: 3/20/09

IT IS SO ORDERED
Judge Charles R. Breyer