IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD CHANG,<br><br>    Plaintiff,<br><br>   v.<br><br>WELLS FARGO,<br><br>    Defendant.             / | No. C 09-00216 CW<br><br>ORDER ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE, SUMMARY JUDGMENT |

    On October 29, 2009 Defendant Wells Fargo filed a "Motion for Judgment on the Pleadings, or, in the Alternative, Summary Judgment." Plaintiff failed to file an opposition, which was due on November 12, 2009. The Court will extend Plaintiff's deadline to file an opposition to November 25, 2009. Defendant's reply will be due December 2, 2009. The matter will be taken under submission on the papers. If Plaintiff misses the November 25 deadline, the Court will dismiss his action for failure to prosecute.

    IT IS SO ORDERED.

Dated: 11/16/09

                            CLAUDIA WILKEN
                            United States District Judge